IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 21-cv-1484-WJM-SKC

KAREN MCCOLLAM, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

SUNFLOWER BANK, N.A.,

    Defendant.

---

# FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Defendant's Motion to Dismiss [42] entered by the Honorable William J. Martínez on April 15, 2022, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant's [29] Motion to Dismiss is GRANTED.  It is further

ORDERED that all claims against Defendant Sunflower Bank, N.A. are DISMISSED WITH PREJUDICE. It is further

ORDERED that judgment is hereby entered in favor of Defendant Sunflower Bank, N.A. and against Plaintiff Karen McCollam.  It is further

ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 15th day of April, 2022.

                                            FOR THE COURT:

                                            JEFFREY P. COLWELL, CLERK

                        By:    s/H.Guerra
                                Deputy Clerk